[No. 50715-0-I. Division One. September 22, 2003.]

JEFF YOUTSEY, *Appellant*, v. SEATTLE UNIVERSITY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-17153-4, Sharon S. Armstrong, J., entered June 7, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.

[No. 50789-3-I. Division One. September 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. D.R., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-01039-5, Leonid Ponomarchuk, J. Pro Tem., entered June 28, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid and Schindler, JJ.

[No. 50839-3-I. Division One. September 22, 2003.]

DAWNELL STUCKE, *Respondent*, v. HILLTOP SPORTS L.L.C., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-07560-6, David F. Hulbert, J., entered June 28, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50879-2-I. Division One. September 22, 2003.]

*In the Matter of the Parentage of* T.H.

VERNON BEACH, *Respondent*, v. KIMBERLY HOLLOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-5-00477-9, Richard J. Thorpe, J., entered July 9, 2002. *Affirmed* by unpublished per curiam opinion.